# 250

■ Kerry Catanzano, Appellant, v Warren Rosen & Co. et al., Respondents. [796 NYS2d 914]—

Order, Supreme Court, New York County (Herman Cahn, J.), entered May 20, 2004, which, to the extent appealed from, granted defendants' motion insofar as to dismiss plaintiff's negligent misrepresentation and Insurance Law § 2123 claims as time-barred, unanimously affirmed, without costs.

Inasmuch as the representations that allegedly induced plaintiff's purchase of the purportedly nonconforming insurance coverage were made no later than 1990 and this action was not commenced until 2002, plaintiff's negligent misrepresentation and Insurance Law § 2123 claims were time-barred (*see* CPLR 213 [1]; *Fandy Corp. v Lung-Fong Chen*, 262 AD2d 352 [1999]; *and see* CPLR 214 [2]; *Goldberg v Manufacturers Life Ins. Co.*, 242 AD2d 175, 180 [1998], *lv dismissed in part and denied in part* 92 NY2d 1000 [1998]). Concur—Tom, J.P., Saxe, Marlow, Ellerin and Catterson, JJ.

■ Gottesman Company, Appellant, v Keystone Enterprises, Inc., et al., Respondents. [796 NYS2d 915]—Order, Supreme Court, New York County (Charles Edward Ramos, J.), entered January 14, 2005, which, to the extent appealed from, denied plaintiff's motion for sanctions, unanimously affirmed, without costs.

Under the circumstances, it cannot be said that the motion court improvidently exercised its discretion in refusing to impose sanctions. Concur—Tom, J.P., Saxe, Marlow, Ellerin and Catterson, JJ.